**In the Matter of the Application of Frank BUZZIE.**

Misc. No. 409.

United States Court of Appeals, Ninth Circuit.

March 16, 1955.

Frank Buzzie, in pro. per.

No appearance for appellee.

Before DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.

PER CURIAM.

The United States District Court for the Northern District of California, Northern Division, denied on the merits movant's application for a writ of habeas corpus and certified that the appeal is not taken in good faith.

The motion is denied.

**GENERAL MOTORS CORPORATION Libelant-Appellee,**

v.

**THE OLANCHO, her engines, etc., and Linea Sub-Americana, Inc., Claimant-Respondent-Appellant.**

No. 131, Docket 23282.

United States Court of Appeals, Second Circuit.

Argued Feb. 15, 1955.

Decided March 10, 1955.

Hill, Rivkins, Middleton, Louis & Warburton, New York City (Arthur O. Louis and J. Edwin Carey, New York City, of counsel), for appellee.

Haight, Deming, Gardner, Poor & Havens, New York City (Wharton Poor and Tallman Bissell, New York City, of counsel), for appellant.

Before FRANK and MEDINA, Circuit Judges, and BRENNAN, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Leibell, reported in 115 F.Supp. 107.